# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1659

_____

United States of America

*Plaintiff - Appellee*

v.

Gladis Maldonado

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: January 28, 2014
Filed: February 7, 2014
[Unpublished]

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

After Gladis Maldonado pleaded guilty to a drug conspiracy offense, the district court[1] varied downward from the advisory Guidelines range and sentenced her

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

to serve 144 months in prison and 5 years of supervised release.  On appeal, Maldonado's counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is greater than necessary to accomplish the goals of sentencing.

Applying a presumption of reasonableness to the sentence, which fell well below the uncontested Guidelines range, we conclude that the district court did not abuse its discretion.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review).  Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____